for a writ of certiorari herein denied.    *Mr. J. Blanc Monroe, Mr. Monte M. Lemann, Mr. R. H. Thompson, Mr. S. L. McLaurin* and *Mr. Walter J. Suthon, Jr.,* for plaintiffs in error, in support of the petition.    *Mr. William H. Watkins* for defendant in error, in opposition to the petition.    [See *post,* 755.]

---

No. 481. UNION ELECTRIC WELDING COMPANY *v.* JOHN P. CURRY ET AL.    October 16, 1922.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.    *Mr. Thomas H. Tracy, Mr. George D. Welles* and *Mr. Charles E. Brock* for petitioner.    *Mr. Samuel Owen Edmonds* and *Mr. Wilbur Owen* for respondents.

---

No. 486. FOCSANEANU ALEXANDER ET AL. *v.* GENERAL ELECTRIC COMPANY.    October 16, 1922.    Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.    *Mr. Patrick P. Curran* and *Mr. Charles J. Holland* for petitioners.    *Mr. Frederick P. Fish* and *Mr. Hubert Howson* for respondent.

---

No. 489. PRODUCERS WAREHOUSE ASSOCIATION *v.* PHILIPPINE NATIONAL BANK.    October 16, 1922.    Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied.    *Mr. Henry Breckinridge, Mr. Clement L. Bouvé* and *Mr. A. Warner Parker* for petitioner.    No appearance for respondent.

---

No. 490. J. H. RILEY *v.* O. C. McRANEY.    October 16, 1922.    Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied.    *Mr. W. H. Watkins* for petitioner.    *Mr. Robert H. Thompson* for respondent.